B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Western District Of New York

In re **Anne Georges Telasco**,  ) Case No. **2-21-20280-PRW**
        Debtor ) Chapter **7**
)
**Anne Georges Telasco** )
        Plaintiff )
)
v. ) Adv. Proc. No. **2-21-02002-PRW**
)
**US Department of Education/GLELSI** )
        Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: United States Bankruptcy Court
                             100 State Street
                             Rochester, NY 14614

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
    Name and Address of Plaintiff's Attorney:  Anne Georges Telasco
                                              Pro Se Plaintiff
                                              764 Jay Street
                                              Rochester, New York 14611

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                            _____ (Clerk of the Bankruptcy Court)

Date: _____        By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Anne Georges Telasco, certify that service of this summons and a copy of the Motion and its attachment was made _____ (date) by Anne Georges Telasco:

- XX  Mail service: Regular and first class United States mail with delivery confirmation postage fully pre-paid, addressed to: U.S. Dept. of Education/GLELSI
  P.O. Box 7860
  Madison, WI 53707

- ☐  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐  Residence Service: By leaving the process with the following adult at:

- ☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐  Publication: The defendant was served as follows: [Describe briefly]

- ☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date August 12, 2021   Signature _____

Print Name: Anne Georges Telasco

Business Address: 764 Jay Street
Rochester, NY 14611